# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|                           |   |                        |
|---------------------------|---|------------------------|
| JACQUELYN D. WEBB,        | ) |                        |
|                           | ) |                        |
|    Plaintiff, | ) |                        |
|                           | ) | No. 16-cv-2033-JPM-dkv |
| v.                        | ) |                        |
|                           | ) |                        |
| SHELBY COUNTY SCHOOLS,    | ) |                        |
|                           | ) |                        |
|    Defendant. | ) |                        |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Vescovo on January 31, 2017. (ECF No. 27.) In the Report and Recommendation, the Magistrate Judge recommends that Defendant's Motion for Summary Judgment (ECF No. 25) be granted in its entirety. (Id. at PageID 389.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections expired on February 14, 2017. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and

Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 27) in its entirety.

Defendant Shelby County School's Motion for Summary Judgment (ECF No. 25) is hereby GRANTED in its entirety.  All of Plaintiff Jacquelyn D. Webb's claims against Defendant are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 21st day of February, 2017.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE